# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 5:20-cr-00370-01-JDW |
| v. | : | |
| THOMAS P. CRONIN | : | |

## ORDER

AND NOW, this 3rd day of June, 2024, upon consideration of Defendant Thomas P. Cronin's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (ECF No. 35) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge